
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA L. MILLIRON SCHROEDL, ) <br> ) <br> Petitioner-Defendant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent-Plaintiff. ) | Case No. C09-0547-JLR-BAT <br><br> ORDER OF DISMISSAL |

The Court, having reviewed Petitioner's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255 (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Petitioner's Motion to Vacate And Correct Sentence (Dkt. 1) is DENIED and DISMISSED with prejudice;

3) Petitioner's Motion For May 15, 2009 Hearing Date (Dkt. 6) is DENIED as moot;

4) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 18th day of May, 2009.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL – 1